Ron C. Finley (Cal. Bar No. 200549)
Jeremy M. Duggan (Cal. Bar No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: rfinley@beckross.com
           jduggan@beckross.com

Attorneys for Rieadco Corporation


IT IS SO ORDERED AS MODIFIED
Judge James Ware
2/10/2011

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. OGAWA,<br><br>　　　　　Relator,<br><br>　v.<br><br>RIEADCO CORPORATION,<br><br>　　　　　Defendant. | **Case No. C 10-04578 (JW)**<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME OF CASE MANAGEMENT CONFERENCE (CIVIL L.R. 6-2)** |

# STIPULATION

WHEREAS, the Case Management Conference in the above-captioned matter is set for March 21, 2011;

WHEREAS, Defendant Rieadco Corporation ("Rieadco") has filed a Motion to Dismiss or Transfer this case (Docket No. 14), and the hearing on that motion is set for April 4, 2011;

WHEREAS, the parties agree that the Case Management Conference, and related deadlines, should be postponed until after Rieadco's motion has been decided, to avoid a potential waste of resources by the parties and the Court.

WHEREFORE, pursuant to Civil Local Rule 6-2, Richard T. Ogawa and Rieadco Corporation, through their attorneys, hereby stipulate and request that the Case Management Conference be continued to May 2, 2011, or such other date thereafter as the Court deems appropriate, and that all related dates be continued accordingly. This stipulation is without prejudice to either parties' rights.


Dated:  February 8, 2011        BECK, ROSS, BISMONTE, & FINLEY, LLP

                                _____/s/_____
                                By: Jeremy M. Duggan
                                Attorneys for Rieadco Corporation


Dated:  February 8, 2011        LAW OFFICE OF KENNETH C. BROOKS

                                _____/s/_____
                                By: Kenneth C. Brooks
                                Attorney for Richard T. Ogawa


As the attorney e-filing this document, I hereby attest that Kenneth C. Brooks has concurred in this filing.

Dated: February 8, 2011             _____/s/_____
                                    Jeremy M. Duggan

Case No. C 10-04578                 1
STIPULATED REQUEST AND ORDER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference in this matter is continued to ___April 4, 2011 at 10:00 AM___

All dates related to the Case Management Conference date are continued accordingly. On or before March 25, 2011 the parties shall file a Joint Case Management Conference statement including, *inter alia*, a good faith proposed schedule as to how this case should proceed.

Dated: February 10, 2011

*James Ware*
JAMES WARE
UNITED STATES DISTRICT CHIEF JUDGE

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900