IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The United States of America, *ex rel*. Richard T. Ogawa, | NO. C 10-04578 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Rieadco Corp., | |
| Defendant. | |

This case is scheduled for a Case Management Conference on April 4, 2011. Defendant has filed a Motion to Dismiss or, in the Alternative, to Transfer Venue set for hearing on April 4, 2011.[1] In light of the pending dispositive Motion, the Court finds that a Case Management Conference is premature at this time.

Accordingly, the Court VACATES the April 4 Conference. The Court will set a new Conference date in its Order addressing the pending Motion, if necessary.

Dated: March 30, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Defendant's Amended Notice and Motion to Dismiss or, in the Alternative, to Transfer Venue, Docket Item No. 21.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jeremy Michael Duggan jduggan@beckross.com
Kenneth Cleon Brooks kcb@brookspatents.com
Ronald Craig Finley rfinley@beckross.com

**Dated:  March 30, 2011**                              **Richard W. Wieking, Clerk**

                                                        **By:      /s/ JW Chambers**
                                                        **        Elizabeth Garcia**
                                                        **        Courtroom Deputy**